UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DALE WASHINGTON,<br>Plaintiff,<br>v.<br>BARBAR FOSTER, ET AL.,<br>Defendants. | Case No. 1:26-CV-07067-JLT-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2)<br><br>TWENTY-ONE DAY DEADLINE |

On September 3, 2026, Plaintiff Michael Dale Washington ("Plaintiff"), filed this action asserting claims against Barbar Foster (Supervisor Clerk), James Lapate (Retired Judge at Kings County Superior Court), Gregory White, and Hanford Police Department. (*See generally* ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). But Plaintiff's application is insufficient for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff leaves blank two sections of the IFP application that require him to provide specific details. These sections inform the date of his last employment, the amount of his take-home salary, the name and address of his last employer, the sources he received money from in the past twelve months, the amount he receives, and what he expects to continue to receive. (*See* ECF No. 2 at ¶ 1-2.) Having considered the application, the court requires this additional

information.

Accordingly, the court will order Plaintiff to complete and file an application to proceed in district court without prepaying fees or costs (long form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that he intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action may be dismissed.

IT IS SO ORDERED.

Dated: **September 8, 2026**

UNITED STATES MAGISTRATE JUDGE